**FILED**
JAN 9 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  MCGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           CASE NO. 1:18-mj-00006 SKO

12 |              Plaintiff,              **UNDER SEAL**

13 |       v.                             ORDER SEALING DOCUMENTS AS SET FORTH
                                          IN GOVERNMENT'S NOTICE
14 | FRANKIE THOMAS GOULDING,

15 |              Defendant.

16

17         Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18  Request to Seal,

19         IT IS HEREBY ORDERED that the government's Complaint, and Government's Request to

20  Seal and this Order shall be SEALED until further order of this Court.

21         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

22  *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

23  the Government's request, sealing the Complaint serves a compelling interest. The Court further finds

24  that, in the absence of closure, the compelling interests identified by Government would be harmed. In

25  light of the public filing of its request to seal, the Court further finds that there are no additional

26  ///

27  ///

28  ///

ORDER SEALING DOCUMENTS AS SET FORTH IN              1
GOVERNMENT'S NOTICE

1 | alternatives to sealing the Government's Complaint and Arrest Warrant that would adequately protect
2 | the compelling interests identified by the Government.

3 | Dated: January 9, 2018

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE